May 10, 2011

The United States Bankruptcy Court
701 East Broad Street Suite 4000
Richmond, Virginia 23219-1885

Maria V. Pittman
3061 South Nucla Street
Aurora, Colorado 80013
720/884-7191

```
RICHMOND DIVISION
F                           F
I                           I
L      MAY 1 0 2011          L
E                           E
D                           D
         CLERK
   U.S. BANKRUPTCY COURT
```

RE:
Case Number 1130737R
Heleodoro Hernandez Martinez
Cynthia Denise Hernandez
Chapter 7 bankruptcy filed on February 4, 2011

To Whom It May Concern:

Mr. and Mrs. Hernandez have a hearing on March 21, 2011 for the following; Nature of proceedings Request for Subpoena Duces Tecum and to for summons to answer interrogatories as well as for the garnishment summons.
Mr. and Mrs. Hernandez only placed the amount of $10,250.00 awarded against Mr. Hernandez but failed to place the amount of $10,250.00 awarded against Mrs. Hernandez. I have attached a copy of the order for judgment issued by the Adams County Court in Colorado.
At this time I would also like to request the bankruptcy court to allow me the opportunity to place an objection against the discharge of the judgment awarded to me. This judgment was awarded to me after a three- day jury trial. This matter came for jury trial on June 14-16 2010, at which time the jury entered verdicts in favor of Plaintiff and against Defendants on Plaintiff's claims for abuse of process and malicious prosecution. Since this is intentional tort. I don't know what else needs to be done in order to prevent this judgment from being discharged. Please let me know if you require any additional information or documentation.

*Maria V. Pittman*

Sincerely,

Maria V. Pittman

District Court, Adams County, State of Colorado
1100 Judicial Center Drive, Brighton, CO 80601    303-659-1161

Plaintiffs: Maria Pittman

Defendant: Heleodoro Hernandez, et al.

FILED Document – District Court
O Adams County District Court 17th JD
2009CV1792
Filing Date: Jun 17 2010 2:13PM MDT
Transaction ID: 31699525

**COURT USE ONLY**

Case No: 09 CV 1792
Div. T

## ORDER FOR JUDGMENT

This matter came for jury trial June 14 - 16, 2010, at which time the jury entered verdicts in favor of Plaintiff and against Defendants on Plaintiff's claims for abuse of process and malicious prosecution.

ORDER:

1. Judgment shall enter in favor of Plaintiff Maria Pittman, and against Defendant Heleodoro Hernandez in the amount of $10,250.00; plus post-judgment interest at 8% per annum.

2. Judgment shall enter in favor of Plaintiff Maria Pittman and against Defendant Cynthia D. Hernandez in the amount of $10,250.00; plus post judgment interest at 8% per annum.

3. The judgments are several. The judgments are not joint.

4. Plaintiff's counsel may file a motion and affidavit for attorney fees if provided by law; and may file a Bill of Costs, per CRCP Rule 121, Section 1-22. Plaintiff should follow the procedures of Rule 121, Section 1-22 concerning any costs or attorney fee request.

Dated: June 17, 2010.

BY THE COURT:

Edward C. Moss
District Court Judge